UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Mehrob Dowlatshahie ) <br> ) <br> Defendant(s) ) | 08CR1899-BTM <br> CRIMINAL NO. 08mj1728 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 08682298 |

**Leo S. Papas**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Felicitas Varcenas-Ocampo
(Arr. 4/4/08)

DATED: 6/12/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
              DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
                Deputy Clerk