UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR1899-BTM / 08mj1728 |
| Plaintiff | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| Mehrob Dowlatshahie | ) | |
| | ) | Booking No. 08682248 |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Remigio Santoyo-Calderon
(air: 6/11/08)

DATED: 6/12/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk
   Roi-Ann Bressi

CLERK'S OFFICE COPY         ☆ U.S. GPO: 2003-581-774/70062
mc500 Crim-25 rev. 8-95